IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN R. JONES, Register No. 186930, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-4225-CV-C-NKL |
| ) | |
| DR. JACQUES LAMOUR, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On March 24, 2006, the United States Magistrate Judge recommended that plaintiff's claims against defendant Dr. Durwood Neal be dismissed, without prejudice, and Dr. Neal's motion to dismiss be denied as moot. The Magistrate Judge further recommended that defendant Dr. William Armstrong's motion to dismiss be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by defendant Armstrong on March 29, 2006. The issues raised in defendant's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's March 24, 2006 Report and Recommendation is adopted [87]. It is further

ORDERED that plaintiff's claims against defendant Dr. Durwood Neal are dismissed, without prejudice, and Dr. Neal's motion to dismiss is denied as moot [79]. It is further

ORDERED that defendant Dr. William Armstrong's motion to dismiss is denied [80].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: June 12, 2006
Jefferson City, Missouri