IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN R. JONES, Register No. 186930, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-4225-CV-C-NKL |
| | ) | |
| DR. JACQUES LAMOUR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On July 10, 2006, the United States Magistrate Judge recommended that plaintiff's motions for preliminary injunctive relief to compel provision of medical services be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's July 10, 2006 Report and Recommendation is adopted [122]. It is further

ORDERED that plaintiff's motions for preliminary injunctive relief to compel provision of medical services are denied [96, 98].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 8, 2006
Jefferson City, Missouri