**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

|  |  |  |
|---|---|---|
| JOHN R. JONES, Register No. 186930, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-4225-CV-C-NKL |
| | ) | |
| DR. JACQUES LAMOUR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On August 7, 2006, plaintiff filed a motion to dismiss his claims voluntarily. There being no objections filed by defendants, it is

ORDERED that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(a). [135] It is further

ORDERED that the parties shall bear their respective costs. It is further

ORDERED that the pretrial conference and jury trial scheduled in the case in February 2007 are canceled [119].

/s/_____

NANETTE K. LAUGHREY
United States District Judge

Dated: August 31, 2006
Jefferson City, Missouri